**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1894**

_____

JAY CARPER,

Plaintiff - Appellant,

v.

CLAY COUNTY BOARD OF HEALTH, Clay County Health Department;
NANCY COTTRELL, Individually and As Acting Administrator of
the Clay County Health Department; JOYCE MCLAUGHLIN,
Individually and As President/Acting Director of Clay County
Board of Health; LINDA KLOTZBACH, Individually and As Former
Administrator of the Clay County Health Department; DR. LEELA
PATEL, Individually and As An Employee or Local Health Officer
of Clay County Health Department; CLAY COUNTY COMMISSION; MIKE
PIERSON; JERRY LINKINOGGER; PETER TRIPLETT, Individually and
As An Employee of the Clay County Clerk's Office,

Defendants – Appellees,

and

GREGORY G. SKINNER, Senior Assistant Attorney General, State
of West Virginia; LAURA S. RHODES, Director, The West Virginia
Board of Examiners for Registered Professional Nurses; ANDY
WADELL, Individually and As Poster and Publisher of the
website, www.clayberry.org; DELTA COMMUNICATIONS, LLC, as the
Owner and Operator of the Newspaper Known as "The
Communicator" and the Owner and Operator of the Website,
www.clayberry.org,

Defendants.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Joseph R. Goodwin,
District Judge. (2:14-cv-12114)

_____

Submitted:  April 29, 2016                    Decided:  May 17, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hiram C. Lewis, IV, LEWISLAW, Procious, West Virginia, for Appellant.  Wendy E. Greve, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Carper appeals the district court's order granting summary judgment to Defendants — the Clay County Board of Health, the Clay County Commission, and certain current and former employees of these entities — on his 42 U.S.C. § 1983 (2012) complaint. We agree with the district court that Carper has not supported his claims against Defendants because he presented no more than a scintilla of evidence that Defendants publicly disclosed the reason for his termination and that the allegations resulting in his termination were false. See Dash v. Mayweather, 731 F.3d 303, 311 (4th Cir. 2013) (providing standard). Accordingly, we affirm the district court's judgment. Carper v. Clay Cty. Bd. of Health, No. 2:14-cv-12114 (S.D. W. Va. July 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED